STATE v. TUTTLE

No. 125 PC.

Case below: 28 N.C. App. 198.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 31 January 1977.

STATE v. VINSON

No. 129 PC.

Case below: 31 N.C. App. 318.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 January 1977.

STATE v. WALLACE

No. 20 PC.

Case below: 31 N.C. App. 750.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 January 1977.

STATE BAR v. HALL

No. 119 PC.

Case below: 31 N.C. App. 166.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 31 January 1977. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question denied 31 January 1977.

STONEY v. MacDOUGALL

No. 21 PC.

Case below: 31 N.C. App. 678.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.